

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO

| | | |
|---|---|---|
| BRANDON LEE JENKINS, | ) | |
| | ) | No. 08-15-00366-CR |
| Appellant, | ) | |
| | ) | Appeal from the 75th District Court |
| vs. | ) | |
| | ) | of Liberty County, Texas |
| THE STATE OF TEXAS, | ) | |
| | ) | (TC# CR31761) |
| State. | ) | |
| | ) | |

# O R D E R

The Appellant's brief in the above styled and numbered cause was originally due February 3, 2016. The Court granted Appellant's fourth and final motion for extension of time to file the brief until June 10, 2016. As of this date no brief has been filed.

It is therefore ORDERED that the trial judge conduct a hearing to determine whether appellant desires to prosecute his appeal, whether the appellant has been deprived of effective assistance of counsel, and to make appropriate findings and recommendations. The trial judge shall take such measures as may be necessary to ensure Appellant is afforded the right to effective assistance of counsel on appeal, which may include appointment of new counsel. The record of such hearing, including any orders and findings of the trial judge, shall be certified and forwarded to this office on or before July 14, 2016.

IT IS SO ORDERED this 14th day of June, 2016.


PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.